AMENDED

B6C (Official Form 6C) (4/13)

In re  Yitschak Goldstein                                    Case No. 13-37651
_____
                              Debtor

FILED
U.S. BANKRUPTCY COURT
2014 AUG -1  P 11:53
POUGHKEEPSIE, NY

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)  $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
■ 11 U.S.C. §522(b)(2)  *with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** <br> cash | 11 U.S.C. § 522(d)(5) | 500.00 | 500.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** <br> M&T Bank checking and saving saccount | 11 U.S.C. § 522(d)(5) | 500.00 | 500.00 |
| **Household Goods and Furnishings** <br> household goods & furnishings | 11 U.S.C. § 522(d)(3) | 4,000.00 | 4,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** <br> books | 11 U.S.C. § 522(d)(3) | 1,000.00 | 1,000.00 |
| **Wearing Apparel** <br> clothing | 11 U.S.C. § 522(d)(3) | 1,000.00 | 1,000.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** <br> Interest in apartment which is Debtor's primary residence. Lawsuit is currently pending in Supreme Court. Debtor had a contract to purchase the property prior to it converting to a condominium. Invested approximately $75,000 in improvments plus down payment. Never received reimbursement or title to the apartment. | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |

*[Handwritten:]* CLAIM TO PRIMARY RESIDENCE, LAWSUIT PENDING USDC SDNY 14-CV-4480 $200,000

*[Handwritten:]* LAWSUIT PENDING CLAIMS OF CIVIL RICCO, CIVIL RIGHTS MAIL FRAUD, DAMAGES, ON FRAUD OF CONTRACT OF SALE FOR PRIMARY RESIDENCE. USDC SDNY 14-CV-4477 $10,000,000

*[Handwritten:]* CLAIM FOR HABITABILITY EXPENSES IN LAWSUIT PENDING USDC SDNY 14-CV-4479 $120,000.

Total:  7,000.00    7,000.00

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt