Stuart Thalblum, Esq., Of Counsel
st2@frontiernet.net
Cohen, LaBarbera & Landrigan, LLP
40 Matthews Street
Suite 203
Goshen, NY 10924
845-291-1900
Fax: 845-291-8601

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re

                                          Case No. 13-37651-cgm

Yitschak Goldstein,

                                          Chapter 13

                      Debtor.
------------------------------------------------------X

      Stuart Thalblum, an attorney admitted to practice in the State of New York, is not a party to this action, is over 18 years of age and resides in Schoharie County, New York.

      On February 4, 2015, I served a copy of the

**DECLARATION OF NUCHEM FRIEDMAN IN OPPOSITION TO MOTION TO EXPUNGE CLAIM NO. 1 and exhibits**

in a sealed envelope via First Class Mail, postage prepaid, addressed to the last-known address of the addressee(s) as indicated below:

| | |
|---|---|
| Warren Greher, Esq. | Jeffrey L. Sapir, Trustee |
| Greher Law Offices, P.C.. | 399 Knollwood Road |
| 1161 Little Britain Road, Suite B | White Plains, New York 10603 |
| New Windsor, NY 12553 | |
| Attorney for Debtor | |

| | |
|---|---|
| February 4, 2015 | By: */s/ Stuart Thalblum* |
| Goshen, NY | Stuart Thalblum (ST-1024) |