# GREHER LAW OFFICES, P.C.

**WARREN GREHER**
**ANDREW N. GREHER**
_____

ATTORNEYS AT LAW

1161 LITTLE BRITAIN ROAD, SUITE B
NEW WINDSOR, NEW YORK 12553

*THIS OFFICE DOES NOT ACCEPT SERVICE BY FACSIMILE OR E-MAIL*

*Legal Assistants*
Nancy Castelli
Kathleen Damone
JoAnn Olson

(845) 567-1002
Fax (845) 567-0025

*E-mail Address:*
warrengreher@hvc.rr.com

February 6, 2015

Chambers, Hon. Cecelia G. Morris
United States Bankruptcy Court
355 Main Street
Poughkeepsie, New York 12601

**RE:   Yitschak Goldstein;   Case No. 13-37651**

Dear Judge Morris:

This will confirm that the motion to expunge claim number 1 in the above referenced matter has been adjourned to February 24, 2015 at 10:45 am

Very truly yours,

**GREHER LAW OFFICES, P.C.**

*s/ Warren Greher*

**WARREN GREHER**
*signed electronically in order to avoid delay*

WG:nc
Cc:  Stuart Thalblum, Esq.