# COHEN, LABARBERA & LANDRIGAN, LLP
# ATTORNEYS AT LAW

RONALD J. COHEN  (NY BAR & LL.M. IN TAXATION)
STEPHEN P. LA BARBERA  (NY BAR)
THOMAS C. LANDRIGAN (NY & NJ BAR)
-----------------------------------
GREGORY J. BROSNAN (NY, NJ, CT BAR & LL.M. IN TAX)
AARON C. FITCH (NY BAR)
JULIANNA O'GRADY  (NY BAR)
JOSHUA A. SCERBO (NY & NJ BAR)
STUART THALBLUM  (NY - IL - CA BAR - OF COUNSEL)

40 MATTHEWS STREET, SUITE 203
GOSHEN, NEW YORK 10924
TELEPHONE  (845) 291-1900
FACSIMILE (845) 291-8601*
*(FAX SERVICE NOT ACCEPTED)

SUSAN M. YEOMAN (PARALEGAL SUPERVISOR)

EMAIL: UPON REQUEST

February 17, 2015

**VIA ECF**
United States Bankruptcy Court
355 Main Street (2nd Floor)
Poughkeepsie, NY 12601

    In re Yitschak Goldstein
    USBC SDNY Case No. 13-37651-cgm
    Our File No. 00015359

Ladies/Gentlemen:

    This will confirm that the motion to expunge claim number 1 in the above referenced matter has been adjourned to March 10, 2015 at 10:45 am, on the consent of both parties.

                                        Cordially,

                                        *Stuart Thalblum*

                                        Stuart Thalblum

ST/cr

cc:    Warren Greher, Esq.